# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

129096

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ROBBIN KIRK JOHNSON,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129096
COA: 260443
Jackson CC: 03-004015-FH

On order of the Court, the application for leave to appeal the June 6, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

Clerk

p1024